UNSEALED 3/6/08

**ORDERED SEALED BY COURT**

FILED
MAR -5 AM 9:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-6074

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08 MJ 0667 |
| Plaintiff, | |
| v. | MOTION TO SEAL |
| AHMAD H. HNAINO, | |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby moves that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be sealed until further order. Defendant AHMAD H. HNAINO is currently one of several targets of a criminal investigation and agents are concerned that premature release of the complaint and arrest warrant may cause target subjects to flee the jurisdiction, destroy evidence, coordinate stories, or otherwise obstruct justice.

DATED: March 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney