UNSEALED 3/6/08

**ORDERED SEALED BY COURT**
08 MAR -5 AM 9:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AHMAD H. HNAINO, )<br>)<br>Defendant. )<br>_____ ) | Magistrate Case No. 08 MJ 0667<br><br>SEALING ORDER |

IT IS HEREBY ORDERED that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be filed under seal.

IT IS SO ORDERED.

DATED: 3/5/08

_____
HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge