ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6074

6  Attorneys for Plaintiff
   United States of America
7

FILED

08 MAR -6 AM 11: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ αφ   DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Magistrate Case No. 08MJ0667
                                     )
11              Plaintiff,           )
                                     )
12         v.                        )  MOTION   AND   ORDER   TO   UNSEAL
                                     )  COMPLAINT AND ARREST WARRANT
13  AHMAD H. HNAINO,                 )
                                     )
14              Defendant.           )
                                     )
15  _____ )

16         COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17  Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and

18  hereby requests that the Complaint and Arrest Warrant in the above-referenced case be unsealed.

19         DATED: March 8, 2008.              Respectfully submitted,

20                                            KAREN P. HEWITT
                                              United States Attorney
21

22

23                                            TIMOTHY F. SALEL
                                              Assistant U.S. Attorney
24  SO ORDERED.

25  DATED: 3/6/08 .

26                                            HON. CATHY ANN BENCIVENGO
                                              United States Magistrate Judge
27

28