**FILED**
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1012-JAH |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| v. | ) Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Oxycodone (a Schedule II Controlled Substance) |
| AHMAD H. HNAINO, | ) |
| Defendant. | ) Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Hydrocodone Bitartrate (a Schedule III Controlled Substance) |

The United States Attorney charges:

<u>COUNT 1</u>

On or about February 29, 2008, within the Southern District of California, defendant AHMAD H. HNAINO, did knowingly and intentionally distribute approximately 38.16 grams of oxycodone (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about February 29, 2008, within the Southern District of California, defendant AHMAD H. HNAINO, did knowingly and intentionally distribute approximately 6,000 hydrocodone bitartrate tablets, a Schedule III Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 4/3/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney