AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

AHMAD H. HNAINO,

Defendant.

Criminal Case No. 08CR1012-JAH

WAIVER OF INDICTMENT

I, AHMAD H. HNAINO, the above named defendant, who is accused of (1) distribution of oxycodone (a Schedule II Controlled Substance) in violation of 21 U.S.C. § 841(a)(1), and (2) distribution of hydrocodone bitartrate (a Schedule III Controlled Substance) in violation of 21 U.S.C. § 841(a)(1), being advised of the nature of the charges in the Superseding Information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

4/3/08
DATED

AHMAD H. HNAINO
Defendant

4/3/08
DATED

DAVID H. BARTICK, ESQ.
Counsel for Defendant

Before _____

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge