PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. HNAINO, AHMAD                    Docket No. 08MJ0667-001

### Petition for Modification of Conditions of Pretrial Release

Comes now Anthony W. Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant Ahmad Hnaino who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the seventh day of March, 2008, under the following conditions:

Restrict travel to Southern District of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; other conditions: surrender firearm to case agent.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. On March 07, 2008, the defendant reported he was a weekly user of marijuana and had last used marijuana on the day of his arrest.
2. On March 07, 2008, the defendant reported he was diagnosed with severe depression three years ago and is currently under medication.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE HE SUBMIT TO TREATMENT, AND/OR TESTING AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER FOR DRUG ABUSE AND THAT HE SUBMIT TO PSYCHIATRIC/PSYCHOLOGICAL COUNSELING AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER.**

ORDER OF COURT

Considered and ordered this 3rd day of April, 2008 and ordered filed and made a part of the records in the above case.

Cathy Ann Bencivengo, U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/1/08

Respectfully,

Anthony Ortiz, U.S. Pretrial Services Officer
(619) 557-6323

Place   San Diego, California

Date   April 01, 2008