**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1012-JAH |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| RICHARD HILL GAVZIE, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, DAVID H. BARTICK, am a citizen of the United States and am at least eighteen years of age. My business address is 101 West Broadway, Suite 1950, San Diego, California 92101-8220.

    I am not a party to the above-entitled action. I have caused service of **Notice of Motion and Motion for Discovery, Disclosure of Informant, Attorney Voir Dire and Leave to File Additional Motions and Points and Authorities** on the following party by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies the following individual:

    Timothy F. Salel, Timothy.Salel@ausdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2008.

                                                /s/ *David H. Bartick*
                                                DAVID H. BARTICK