PS8A
(05/08)

May 19, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

### Report on Defendant Under Supervision

08 MAY 28  AM 10: 04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____  DEPUTY

**Name of Defendant:**  Ahmad H. Hnaino

**Dkt No.:** 08CR1012JAH-001

**Name of Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Date Conditions Were Ordered:** March 7, 2008, before the Honorable Cathy Ann Bencivengo

**Conditions of Release:** Travel restricted to the Southern District of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both and  surrender weapon to case agent.

**Modification:** On April 3, 2008, Judge Bencivengo ordered the defendant to submit to treatment and/or testing as specified by the Pretrial Services Officer for drug abuse and psychiatric/psychological counseling.

**Date Released on Bond:** March 7, 2008.

**Charged Offense:** Distribution of Oxycodone and Hydrocodone Bitartrate.

**Next Court Hearing:** June 9, 2008, at 8:30 a.m. for a Disposition Hearing.

**Asst. U.S. Atty.:** Timothy Salel
(619) 557-5610

**Defense Counsel**: David Bartick (retained)
(619) 231-8900

**Prior Violation History:** None.

## SUMMARY

On April 29, 2008, the defendant submitted a urine specimen which tested positive for Opiates. According to Mr. Hnaino, he has been prescribed Hydrocodone for a preexisting groin injury and he has provided our office with a valid medical prescription. According to Pretrial Services Agency Supervising Laboratory Specialist Paula Svandova, the positive result is consistent with the medication ingested by the defendant.

PS8A
(05/08)

**Name of Defendant:**   Ahmad H. Hnaino                                           May 19, 2008
**Docket No.:**  08CR1012JAH-001                                                          Page 2

**U.S. Pretrial Services Officer Recommendation:** No action and Pretrial Services waived from reporting any further positive drug test results attributed to prescription medication.

Respectfully submitted:                                  Reviewed and approved:

by   *Boris Ili*                                                *Sen M Keo*
Boris Ilic                                                          Sean M. Keohane
Supervising United States Pretrial Services      Deputy Chief U.S. Pretrial Services Officer
Officer
(619) 557-5932
Place: San Diego, California

**THE COURT ORDERS:**

_____   Pretrial Services waived from reporting any further positive drug test results attributed to
prescription medication.

_____   Other _____

_____

_____         *5-22-08*
The Honorable John A. Houston                               Date
U.S. District Judge