DAVID H. BARTICK
LAW OFFICES OF DAVID H. BARTICK
*Certified Specialist, Criminal Law*
California State Bar No. 126132
101 West Broadway, Suite 1950
San Diego, CA 92101-8220
Telephone: (619) 231-8900
Facsimile: (619) 231-8075
Email: db@barticklaw.com

Attorney for Defendant
Ahmad H. Hnaino

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  AHMAD H. HNAINO,  Defendant. | Criminal Case No. 08CR1012-JAH  ACKNOWLEDGMENT OF COURT DATE BY DEFENDANT |

I, AHMAD H. HNAINO, defendant in the above-entitled cause, hereby acknowledge my obligation to appear before the Honorable John A. Houston, Judge of the United States District Court, on Monday, March 2, 2009 at 10:30 a.m. I continue to Waive Time for the purpose of the Court accepting my plea, and I further acknowledge that a failure to appear on this court date will result in the forfeiture of my personal surety bond, and the issuance of a warrant for my arrest.

Dated: 8-25-08

AHMAD H. HNAINO