```
                    FILED
                 SEP - 2 2008
          CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1012-JAH |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER |
| v. | ) | OF CRIMINAL FORFEITURE |
| AHMAD H. HNAINO, | ) | |
| Defendant. | ) | |

    WHEREAS, in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of AHMAD H. HNAINO ("Defendant") pursuant to 21 U.S.C. § 853 as property constituting and derived from proceeds the Defendant obtained directly or indirectly as the result of the commission of the violation of 21 U.S.C. § 841(a)(1); and

    WHEREAS, on or about June 5, 2008, Defendant pled guilty before the Honorable Cathy Ann Bencivengo, United States Magistrate Judge, to Counts 1 and 2 of the Information, which plea included consent to criminal forfeiture pursuant to Title 21; and

    WHEREAS, on or about September 2, 2008, the plea of the Defendant was accepted by the United States District Court; and

    WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited property and the offense; and

//
//

1  WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

4  WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following property which was found forfeitable by the Court, namely:

**$27,500.00 in United States Currency**; and

7  WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

9  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

10  1.   Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following asset, and all right, title and interest of Defendant AHMAD H. HNAINO in the following property are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

**$27,500.00 in United States Currency**.

15  2.   The aforementioned forfeited asset is to be held by the United States Marshals Service in its secure custody and control.

17  3.   Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

20  4.   Pursuant to the Attorney General's authority under 21 U.S.C. § 853(n)(1), Rule 32.2(b)(3), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for 30 consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the Marshals Service's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED: 9-2-08

HONORABLE JOHN A. HOUSTON
United States District Judge